# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CHATTAHOOCHEE RIVERKEEPER, INC., <br><br> Plaintiff, <br><br> v. <br><br> CITY OF ATLANTA, GEORGIA <br><br> Defendant. | Civil Action File No. <br> 1:24-cv-03989-SDG |

## CONSENT MOTION TO EXTEND TIME
## TO RESPOND TO PLAINTIFF'S COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant City of Atlanta, Georgia (the "City") respectfully moves this Court for an extension of time to answer or otherwise respond to Plaintiff's Complaint (Dkt. 1). In support of this motion, the City states as follows:

1. On September 6, 2024, Plaintiff filed its Complaint.

2. The deadline for the City to answer or otherwise respond to the Complaint is November 8, 2024.

3. Because of the complexity of the issues raised in the Complaint, the City seeks a two-week extension of time through and including November 22, 2024, to answer or otherwise respond to the Complaint.

4. Plaintiff does not oppose this motion.

1

5. This is the City's first such request.

6. Accordingly, the City respectfully moves this Court for an order granting the City a two-week extension to answer or otherwise respond to Plaintiff's Complaint (Dkt. 1). Specifically, the City requests that the deadline to file its response be extended through and including November 22, 2024. A proposed order is attached for the Court's consideration.

Respectfully submitted, this 6th day of November, 2024.

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

/s/ *Lindsey B. Mann*
Fitzgerald Veira (GA Bar No. 726726)
fitzgerald.veira@troutman.com
Lindsey B. Mann (GA Bar No. 431819)
lindsey.mann@troutman.com
Kadeisha West (GA Bar No. 640699)
kadeisha.west@troutman.com
Anaid Reyes-Kipp (GA Bar No. 703283)
anaid.reyes-kipp@troutman.com
600 Peachtree Street, N.E., Suite 3000
Atlanta, Georgia 30308
404-885-3000

Brooks M. Smith (*pro hac vice application forthcoming*)
brooks.smith@troutman.com
1001 Haxall Point, Suite 1500
Richmond, Virginia 23219
804-697-1200

*Counsel for City of Atlanta, Georgia*

**CONSENTED TO BY:**

*/s/ R. Hutton Brown*

*with express permission*
R. Hutton Brown (GA Bar No. 089280)
hbrown@selcga.org
April S. Lipscomb (GA Bar No. 884175)
alipscomb@selcga.org
SOUTHERN ENVIRONMENTAL
LAW CENTER
10 10th Street NW, Suite 1050
Atlanta, GA 30309
404-521-9900

Stephanie Stutts (GA Bar No. 708678)
sstutts@chattahoochee.org
CHATTAHOOCHEE RIVERKEEPER
6020 River View Road SE, Suite 100
Smyrna, GA 30126
404-352-9828

*Counsel for Plaintiff*
*Chattahoochee Riverkeeper*

## CERTIFICATE OF SERVICE

I hereby certify that the within and foregoing *Consent Motion to Extend Time to Respond to Plaintiff's Complaint* was filed with the Clerk of Court using the CM-ECF system, which will automatically serve notifications of such filing to all counsel of record.

This 6th day of November, 2024.

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

/s/ *Lindsey B. Mann*
Lindsey B. Mann (GA Bar No. 431819)
lindsey.mann@troutman.com

*Counsel for City of Atlanta, Georgia*