# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| CHATTAHOOCHEE RIVERKEEPER, INC., <br><br> Plaintiff, <br><br> v. <br><br> CITY OF ATLANTA, GEORGIA <br><br> Defendant. | Civil Action File No. <br> 1:24-cv-03989-SDG |

## [PROPOSED] ORDER GRANTING CONSENT MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Upon consideration, the Court hereby GRANTS Defendant's Consent Motion to Extend Time to Respond to Plaintiff's Complaint. The deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint (Dkt. 1) is extended through and including November 22, 2024.

SO ORDERED this __ day of November, 2024.

_____
Honorable Steven D. Grimberg
United States District Judge

1