# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CHATTAHOOCHEE RIVERKEEPER, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF ATLANTA, GEORGIA<br><br>    Defendant. | Civil Action File No.<br>1:24-cv-03989-SDG |

## NOTICE OF APPEARANCE

Please take notice that E. Fitzgerald Veira of the law firm Troutman Pepper Hamilton Sanders LLP hereby enters his appearance as additional counsel on behalf of Defendant City of Atlanta, Georgia ("Defendant") in the above-styled action.  In addition to current counsel for Defendant, please also direct a copy of all future correspondence, pleadings, or other notices to:

> E. Fitzgerald Veira
> Troutman Pepper Hamilton Sanders LLP
> 600 Peachtree Street, N.E., Suite 3000
> Atlanta, Georgia 30308
> T: 404.885.3000
> F: 404.885.3900
> fitzgerald.veira@troutman.com

304020304v1

This 11th day of November, 2024.

**TROUTMAN PEPPER<br>HAMILTON SANDERS LLP**

*/s/ E. Fitzgerald Veira*
E. Fitzgerald Veira
Georgia Bar No. 726726

600 Peachtree Street, N.E., Suite 3000
Atlanta, Georgia 30308
T: 404.885.3000
F: 404.885.3900
fitzgerald.veira@troutman.com

***Counsel for Defendant
City of Atlanta, Georgia***

304020304v1

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

I hereby certify that the foregoing document was prepared with a computer in Times New Roman, 14-point font, in compliance with Local Rule 5.1C.

This 11th day of November, 2024.

*/s/ E. Fitzgerald Veira*
E. Fitzgerald Veira
Georgia Bar No. 726726

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Notice of Appearance was electronically filed with the Clerk of Court using the CM/ECF system, which automatically serves notification of such filing to all counsel record.

This 11th day of November, 2024.

*/s/ E. Fitzgerald Veira*
E. Fitzgerald Veira
Georgia Bar No. 726726
