# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| CHATTAHOOCHEE RIVERKEEPER, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF ATLANTA, GEORGIA<br><br>    Defendant. | Civil Action File No.<br>1:24-cv-03989-SDG |

## DEFENDANT CITY OF ATLANTA, GEORGIA'S MOTION TO DISMISS IN PART AND MOTION TO STAY IN PART

Defendant City of Atlanta, Georgia ("the City") respectfully moves this Court to dismiss in part and stay in part Plaintiff Chattahoochee Riverkeeper, Inc.'s ("CRK") Complaint [Dkt. 1] for lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1) and for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6). In support of this motion, the City relies on its Memorandum of Law in Support and the Declaration of Joseph Porter, Jr., which are filed contemporaneously herewith.

Respectfully submitted, this 22nd day of November, 2024.

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

/s/ Lindsey B. Mann
_____
Fitzgerald Veira (GA Bar No. 726726)
fitzgerald.veira@troutman.com
Lindsey B. Mann (GA Bar No. 431819)
lindsey.mann@troutman.com
Kadeisha West (GA Bar No. 640699)
kadeisha.west@troutman.com
Anaid Reyes-Kipp (GA Bar No. 703283)
anaid.reyes-kipp@troutman.com
600 Peachtree Street, N.E., Suite 3000
Atlanta, Georgia 30308
404-885-3000

Brooks M. Smith (*pro hac vice*)
brooks.smith@troutman.com
1001 Haxall Point, Suite 1500
Richmond, Virginia 23219
804-697-1200

*Counsel for City of Atlanta, Georgia*

## FONT CERTIFICATION

Counsel certifies that the foregoing document was prepared in Times New Roman, 14-point font, in compliance with Local Rule 5.1(B).

This 22nd day of November, 2024.

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

/s/ Lindsey B. Mann
Lindsey B. Mann (GA Bar No. 431819)
lindsey.mann@troutman.com

*Counsel for City of Atlanta, Georgia*

## CERTIFICATE OF SERVICE

I hereby certify that the within and foregoing *Motion to Dismiss in Part and Motion to Stay in Part* was served via the Court CM-ECF electronic filing system upon all Counsel of Record.

This 22nd day of November, 2024.

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

/s/ Lindsey B. Mann
Lindsey B. Mann (GA Bar No. 431819)
lindsey.mann@troutman.com

*Counsel for City of Atlanta, Georgia*