# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

CHATTAHOOCHEE
RIVERKEEPER, INC.,

     Plaintiff,

v.

CITY OF ATLANTA,

     Defendant.

Civil Action File No.
1:24-cv-03989-SDG

## DECLARATION OF JOSEPH PORTER, JR.

The undersigned states the following:

1.     My name is Joseph Porter, Jr., I am over the age of eighteen, and I have personal knowledge of the facts set forth in this Declaration or have reviewed applicable records and I am competent to testify as to the facts set forth below.

2.     From March 2023 through September 2024, I was the interim plant manager for the RM Clayton Water Reclamation Center located in Northwest Atlanta ("RM Clayton"). In that role, I oversaw the day-to-day operations of RM Clayton. Though I am no longer serving as interim plant manager at RM Clayton, I continue to support the City of Atlanta in connection with the operation of its wastewater treatment facilities, including RM Clayton, and in discussions with EPD regarding permit oversight and compliance.

3.    The City of Atlanta operates three wastewater treatment facilities serving citizens residing in Atlanta, College Park, East Point, Hapeville, Fulton County, and DeKalb County: RM Clayton, the Utoy Creek Water Reclamation Center ("Utoy Creek"), and the South River Water Reclamation Center ("South River").

4.    The Environmental Protection Division of the Georgia Department of Natural Resources ("EPD") oversees the City's wastewater operations through a robust permitting process and stringent permit requirements.

5.    In 2017, EPD issued a National Pollutant Discharge Elimination System ("NPDES") permit to the City, Permit No. GA0039012, that governed discharges of treated effluent from all three wastewater treatment facilities to the Chattahoochee River (the "2017 Permit").[1]  A true and correct copy of the 2017 Permit is attached hereto as **Exhibit A**.

6.    The 2017 Permit was administratively extended and then reissued on December 22, 2023, with an effective date of January 1, 2024 (the "2024 Permit"). A true and correct copy of the 2024 Permit is attached hereto as **Exhibit B**.[2]

_____

[1] The 2017 Permit was subsequently modified on two occasions: (1) on June 17, 2019, with an effective date of July 1, 2019, and (2) on March 10, 2020, with an effective date of April 1, 2024.  These modifications did not alter the effluent limitations established under the 2017 Permit.

[2] When feasible, the 2017 Permit and 2024 Permit are referred to collectively as the "Permit."

7.     The Permit includes two sets of effluent limitations.  First, there are combined effluent limitations for all three plants (RM Clayton, Utoy Creek, and South River) that include monthly and weekly average discharge limitations for various parameters, including without limitation Carbonaceous Five-Day Biochemical Oxygen Demand ("BOD"), Ammonia, and Total Phosphorus.  (*See* **Exs. A** and **B**, at Part I.B.4.)  Second, there are effluent limitations that apply only to RM Clayton that include monthly and weekly average discharge limitations for various parameters, including without limitation Total Suspended Solids ("TSS"), Ammonia, Total Phosphorus, Chemical Oxygen Demand ("COD"), fecal coliform, and *E. coli.  (See* **Exs. A** and **B**, at Part I.B.1.)

8.     The Permit also includes certain narrative conditions, including without limitation a provision that requires the City to properly maintain and operate the facilities, a provision that imposes a duty to mitigate adverse impacts, and a provision that imposes a duty to prevent injury to property or downstream users. (*See* **Exs. A** and **B**, at Parts II.A.1, 10, and 11.)

9.     At all times, the City has been transparent with EPD regarding permit compliance issues, and EPD has taken appropriate actions to oversee and ensure the City's compliance with the Permit.

10.    In March and May of 2023, the City experienced three significant unauthorized high strength pollutant loading events into the sewer system (referred

to as "illicit discharges") that triggered certain operational issues at RM Clayton that were compounded by significant wet weather events in early 2024. (*See* April 19, 2024 Letter from City of Atlanta to EPD ("April 19, 2024 Letter") at 2–3.) A true and correct copy of the April 19, 2024 Letter is attached hereto as **Exhibit C**.

11. Prior to these illicit discharges, the City was in compliance with effluent limits. (**Ex. C**, at 2.)

12. These illicit discharges disrupted the City's biological treatment system, resulting in exceedances of BOD, ammonia, and phosphorus limitations. (**Ex. C**, at 3.) They also interrupted the normal operation of the secondary clarifiers, which led to exceedances of ammonia, *E. coli*, fecal coliform, TSS, and COD limitations. (*Id.*)

13. The City timely notified EPD of these illicit discharges and exceedances of certain parameters, and EPD began working with the City to mitigate the issues. (*Id.*)

14. On April 3, 2023, EPD conducted a Compliance Evaluation Inspection at RM Clayton, after which the City continued to actively communicate with EPD regarding the illicit discharges, creating an "Illicit Discharge Plan of Action."

15. On October 11, 2023, EPD proposed a Consent Order to the City to address all previously unresolved violations occurring within the City's system. However, extreme wet weather events in January 2024, and compounding wet

weather events in February and March 2024, disrupted the positive measures taken by the City and resulted in additional exceedances. In response, on January 26, 2024, EPD transmitted a modified version of the proposed Consent Order to the City.

16.    EPD conducted an unannounced inspection of RM Clayton on March 7, 2024, after which it issued a Notice of Violation ("NOV") dated March 22, 2024. A true and correct copy of the NOV is attached hereto as **Exhibit D**.

17.    The NOV required the City to submit a corrective action plan ("CAP") that included a list of ten required elements, including the following: (1) defined corrective actions and associated implementation schedules to address certain equipment and operational failures; (2) an update to the Standard Operating Procedure ("SOP") for Operations and Maintenance ("O&M") of equipment and for reporting noncompliance; and (3) an outline of the steps that had already been taken to address the causes of equipment failures. (**Ex. D**, at 2.) EPD stated that it would review the CAP and "determine if further enforcement action, including monetary penalty, [was] warranted." (*Id.*)

18.    On April 19, 2024, the City responded to the NOV and provided a CAP that addressed all ten elements identified by EPD. (**Ex. C**, at Appendix A). The City detailed corrective actions taken to date, including the use of chlorine to assist in disinfecting plant effluent, the addition of eight mobile clarifiers to increase secondary clarifier treatment capacity, schedules for repairs to the primary and

secondary clarifiers, and a priority list for repairs to equipment critical for the operation of the facility. (**Ex. C**, at Appendix A).

19.    On May 21, 2024, EPD and the City executed Consent Order No. EPD-WP-9522 to address the issues at RM Clayton, South River, and Utoy Creek occurring from July 2022 to June 2023, specifically including the illicit discharges described above (the "May 2024 Consent Order"). (May 2024 Consent Order, at 5, 8.)  A true and correct copy of the May 2024 Consent Order is attached hereto as **Exhibit E**.

20.    The May 2024 Consent Order required the City to pay civil penalties amounting to $163,056.81 for the violations listed in the Order.  (**Ex. E**, at 5.) Additionally, the May 2024 Consent Order mandated the City to submit a status update on the Illicit Discharge Plan of Action to EPD, which included actions to "mitigate impacts to the treatment facility, . . . conduct additional pretreatment facility inspections, add nutrients and bacteria to the treatment process to assist with operational functions of equipment, . . . and ensure procedures for staff to quickly perform a daily review of influent and effluent contaminant levels . . . ." (**Ex. E**, at 3, 5.)

21.    Thereafter, the City and EPD continued their regular communications regarding the issues experienced at RM Clayton.  For example, on June 12, 2024, upon request from EPD, the City sent EPD an updated SOP for O&M for RM

Clayton and confirmed that seven of the ten secondary clarifiers were again operating as designed.

22.    In compliance with the terms of the May 2024 Consent Order, on June 20, 2024, the City further detailed the corrective action plans in place. (June 20, 2024 Letter from the City to EPD ("June 20, 2024 Letter").) A true and correct copy of the June 20, 2024 Letter is attached hereto as **Exhibit F**.

23.    On July 19, 2024, upon request from EPD, the City confirmed via email that all eight of the primary clarifiers had returned to operational status. The main purpose of a primary clarifier is to separate suspended solids, oil, and grease from wastewater, which is the first step in the wastewater treatment process. Having operational primary clarifiers leads to reduced levels of TSS, BOD, *E. Coli*, and COD.

24.    On August 8, 2024, EPD and EPA conducted an inspection of RM Clayton to assess the operational status and progress since the March 2024 inspection. (August 30, 2024 Letter from EPD to the City with attached August 8, 2024 Inspection Report ("August 30, 2024 Letter").) A true and correct copy of the August 30, 2024 Letter is attached hereto as **Exhibit G**.

25.    The August 8 inspection confirmed that the corrective actions reported by the City in the July 19, 2024 email had been completed as indicated and that all eight clarifiers were operational. (*See* **Ex. G**, Inspection Report, at 1.) EPD

concluded that, "[o]perations have improved since the March 2024 visit. Many secondary clarifiers have come back online, the drum screens have been put into operation, all primary clarifiers are operational, effective disinfection has improved, and the appearance of the effluent has improved." (**Ex. G**, Inspection Report, at 4.) The City also installed sensors in the collection system as part of a six-month Organic Loading Pilot Study to monitor influent conditions coming from the three influent trunk sewers to RM Clayton in order to identify irregular spikes in organic load or other illicit discharges and take timely action.

26.    On September 25 and 26, 2024, the City's wastewater facilities experienced an upset due to Hurricane Helene, which caused severe flooding and high winds. (October 7, 2024 Letter from the City to EPD ("October 7, 2024 Letter").) A true and correct copy of the October 7, 2024 Letter is attached hereto as **Exhibit H**. On October 7, 2024, the City responded in writing to the August 8, 2024 Inspection Report and noted that the City had accomplished most of the corrective actions despite experiencing severe weather conditions due to Hurricane Helene. (*See* **Ex. H.**)

27.    The City is working diligently with EPD to address remaining issues and is currently negotiating a Consent Order to resolve permit violations occurring in July 2023 and after that will include civil penalties.

28.      The City achieved compliance with the effluent limitations for COD, BOD, TSS, fecal coliform, *E. coli* (hereinafter "Parameters in Compliance") at RM Clayton prior to the filing of the CRK's Complaint on September 6, 2024, as shown below:

## Weekly Effluent Data

| Pollutant | Date of Compliance |
|---|---|
| TSS Concentration Weekly Avg. 15 mg/L | **July 27, 2024** |
| TSS Loading Weekly Avg. 10425.0 lb/day | **March 30, 2024** |
| *E. coli* Weekly Avg. 410 MPN/100 mL | **March 30, 2024** |
| COD Concentration Weekly Avg. 67.5 mg/L | **March 23, 2024** |
| COD Loading Weekly Avg. 46913.0 lb/day | **March 23, 2024** |
| Combined - CBOD Weekly Avg. (Variable Limit) | **March 16, 2024** |

## Monthly Effluent Data

| Pollutant | Month of Compliance |
|---|---|
| TSS Concentration Monthly Avg. Limit 10.0 mg/L | **August 2024** |
| TSS Loading Monthly Avg. Limit 8340.0 lb/day | **May 2024** |
| *E. coli* Monthly Avg. Limit 126.0 MPN/100mL | **April 2024** |
| COD Concentration Monthly Avg. Limit 45.0 mg/L | **April 2024** |
| COD Loading Monthly Avg. Limit 37,530 lb/day | **February 2024** |
| Combined - CBOD (Variable Limit) | **August 2023** |

29.      To date, the City has maintained compliance with the limitations for the Parameters in Compliance, with the exception of a single instance where the weekly

limits for TSS were exceeded during the week of September 28, 2024, due to the impact of Hurricane Helene.

30.    The City did not experience any other exceedances of fecal coliform between July 2023 and January 2024 (the date on which the current permit became effective, at which time fecal coliform was no longer included in the permit).

31.    In addition to achieving compliance with the Parameters in Compliance, the City has also been working to achieve compliance with the ammonia and phosphorus limitations. The City must comply with weekly and monthly limitations at RM Clayton and must also comply with weekly and monthly limitations of the combined effluent from all three plants.  The City is actively working to achieve compliance with the combined monthly ammonia and phosphorus limits and the combined weekly ammonia limit and expects to be in compliance in the near future.

32.    Further, the City is (1) conducting regular and routine maintenance on all equipment at the facility to minimize operational failures; (2) actively making all necessary repairs; and (3) maintaining sufficient staff to ensure the facility remains operational.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 22, 2024

Joseph Porter, Jr.