# EXHIBIT H



| Andre Dickens<br>MAYOR | **CITY OF ATLANTA**<br>DEPARTMENT OF WATERSHED MANAGEMENT<br>72 Marietta Street, NW<br>Atlanta, Georgia 30303 | Al Wiggins, Jr.<br>COMMISSIONER |
|---|---|---|

<u>Electronic Delivery</u>

October 7, 2024

Marzieh Shahbazaz
Manager, Municipal Compliance Unit
Georgia Department of Natural Resources
Environmental Protection Division
Watershed Protection Branch
2 Martin Luther King, Jr. Drive, Suite 1470A
Atlanta, GA 30334

Re:
    Facility Inspection, August 30, 2024
    RM Clayton WRC; NPDES Permit No. GA0039012
    Response to inspection report and status update regarding corrective actions

Dear Ms. Shahbazaz:

The above-referenced Georgia Environmental Protection Division (EPD) Facility Inspection Report, which includes the US EPA Region 4 Reconnaissance Report (collectively, the Inspection Report), requires the City of Atlanta (Atlanta) to provide to the Environmental Protection Division (EPD), within thirty days of receipt of the Inspection Report, notification of the actions that have been or will be, taken to address the deficiencies identified in the Inspection Report. We appreciate EPD's willingness to extend this response date to October 7, 2024 to allow the City to address the immediate impacts to its water and wastewater system from Tropical Storm Helene.

As noted in the Inspection Report, operations at RM Clayton WRC have improved since the date of previous inspection with most of the secondary clarifiers back online, drum screens placed back in operation, all primary clarifiers operational, and effective improvements of disinfection and improvements in the appearance of the effluent. This letter demonstrates that Atlanta has accomplished most of the corrective actions to address the noted deficiencies in the Inspection Report. It should be noted, however, that the City of Atlanta experienced severe weather conditions, including flooding and high winds, on September 26 and 27, 2024 because of Tropical Storm Helene. Atlanta currently is assessing impacts to the upcoming schedules for completion of several corrective actions described in this letter. Significantly, certain of the corrective actions

Response to inspection report and status update regarding corrective actions
October 7, 2024
Page 2 of 7

described in this letter may be delayed. The City will supplement this letter regarding impacts on any deadlines.

The following discussion provide the status of each item or operations identified in and consistent with the format of the Inspection Report including description of the corrective action undertaken and date of completion. If actions are not complete, a schedule is provided.

Preliminary Screening

- *Repair of hole in Drum Screen #2.*
    - The screening was replaced on August 15, 2024.

- Motor Drive Cover for Drum Screen #2 (rusted, shaking when operated).
    - The motor drive cover for Screen #2 was refurbished by third party contractor on September 10, 2024.
    - A third-party contractor will repair and replace bearings on Drum Screen No 2. This work will be completed on or before November 1, 2024.

- *Damage to grit clarifiers #1 and # 4.*
    - Grit Classifier No. 1 was repaired on August 19, 2024.
    - Grit Classifier No. 4 was repaired on August 15, 2024.

Chemical Storage

- *Sodium Hydroxide tank.*
    - The substance in the containment area was confirmed to be water, not chemicals. However, Atlanta noted corrosion of the tank and retained a third-party contractor to evaluate the condition of the tank. Due to the corrosion, the third-party contactor recommended that Atlanta take a proactive measure to replace the tank.
    - The third-party contractor removed the tank on September 20, 2024 and a new Sodium Hydroxide Tank is being procured. The new Sodium Hydroxide Tank estimated time of arrival is by December 2, 2024.

- *Eye wash station, water ponding to building.*
    - Eye wash station repaired, floor leveled to correct ponding, and the project completed by third party contractor on September 24, 2024.

- *Liquid in secondary containment pit.*
    - Liquid removed by third party contractor on September 20,2024.

- *Tank had white corrosive liquid build up.*

Response to inspection report and status update regarding corrective actions
October 7, 2024
Page 3 of 7

- Tank removed by third party contractor on September 20, 2024.

- *Lack of emergency ventilation system and alarm in event of leak.*
    - Local Audible and visual alarm completed by third party contractor on September 23, 2024.
    - Ventilation and alarm system operating as designed similar to other chemical containment alarm systems at the RM Clayton WRC.
    - Third party contractor will assess the Ventilation System for any necessary improvements. Preliminary Inspection performed by third party contractor on September 23, 2024. Also, the Office of Safety and Security Emergency Management evaluated the Ventilation System on August 8, 2024.

Primary Clarification

- *Debris and algae observed in the weirs of all 8 clarifiers.*
    - Third party contractor assessed skimmers on all 8 primary clarifiers on September 10, 2024 and confirmed that skimmers are removing debris and algae.
    - Maintenance staff are scheduled to periodically hose down the weirs of the primary clarifiers.
    - Preventive maintenance, including cleaning, will continue to be conducted biweekly.

- *Signage did not match sequential numbers used for primary clarifiers.*
    - Signage added on the Primary and Secondary Clarifiers on September 6, 2024.

Aeration Basins/Biological Nutrient Removal

- *Basins #3, #9, #11, and #14 down for repairs. Basin #1 was experiencing diffuser issues.*
    - Basin #9 was taken offline and drained. Third party vendor completed repairs to diffusers and air lines and basin was returned to service on August 16, 2024.
    - Basin #14 was taken offline and drained. Third party vendor completed repairs to diffusers and air lines and basin was returned to service on August 20, 2024.
    - Repairs to basin Nos. 1 and 3, which are currently operating, will take approximately 7 weeks to complete. To facilitate redundancy and enhance compliance, Basin No. 1 and No. 3 will be taken offline sequentially for these comprehensive repairs, with an estimated completion date by December 31, 2024.

Response to inspection report and status update regarding corrective actions
October 7, 2024
Page 4 of 7

- *Floating Debris – Basins #12 and #13.*
    - Basins #12 and #13 are being skimmed monthly. Efforts are tracked within our Computerized Maintenance Management System, Maximo.

Mixed Liquor Pump Station

- *Two mixed liquor pumps out for repairs*.
    - Mixed Liquor Pump No. 1 is scheduled for repairs by third party contractor by September 30, 2024.
    - Mixed Liquor Pump No. 2 was repaired on August 15, 2024.

- *Debris on the foam pits.*
    - Foam pits are being cleaned monthly. Efforts are tracked within our Computerized Maintenance Management System, Maximo.

- *One of four waste return pumps out of service for maintenance.*

    - Mixed Liquor Pump No. 1 was inspected for repairs by a third-party contractor on October 2, 2024. Multiple corrective actions are required to return Mixed Liquor Pump No. 1 to service. A new drive shaft for Mixed Liquor Pump No. 1 was ordered. Estimated time of arrival and installation by January 22, 2025.

Secondary Clarification

- *Clarifiers #5, #6, and #8 out of service.*
    - Repairs to rebuild Clarifiers No. 5 and 8 are scheduled to be complete in by December 31, 2023 by a third-party contactor. The third-party contractor plans to mobilize to the site by October 7, 2024, to start rebuilding the clarifiers.
    - Repairs to Clarifier No. 6 are estimated to be completed by mid-January 2025.

- *Pin floc or large floating solids in all operating clarifiers, with algae on weirs*.
    - Clarifiers are being cleaned on a biweekly basis. Efforts are tracked within our Computerized Maintenance Management System, Maximo.

- *Broken arms on clarifiers. (#2, #5 and #7).*
    - Third Party Contractor replaced the skimmers on Clarifier No. 7 on September 20, 2024.
    - Repairs to Clarifier No. 5 to be completed by December 31, 2024
    - Repairs to Clarifier No. 8 to be completed by December 31, 2024.

Docusign Envelope ID: 81ABE497-DE35-4585-04AE-C8A68190B7B0
Case 1:24-cv-03989-SDG    Document 15-10    Filed 11/22/24    Page 6 of 8

Response to inspection report and status update regarding corrective actions
October 7, 2024
Page 5 of 7

- o   Currently, no operational issues with Clarifier No. 2. Plans are to have the manufacturer evaluate all clarifiers while rebuilding Clarifiers Nos. 5, 6, and 8.

- *Depth of sludge blankets.*
    - o Sludge Blankets on Clarifier Nos. 1 and 4 were low during the time of the inspection. The blanket levels were checked by operations with the EPD/EPA Inspectors present.

- *Signage placement/missing signage.*
    - o Signage added on each clarifier on September 6, 2024.

- *Aluminum staircase at unit number 2 in disrepair.*
    - o Staircase was repaired by third party contractor on September 24, 2024.

- *Thick solids layer on in unit #5.*
    - o Currently, Clarifier No. 5 is empty, and solids were removed in preparation for the manufacturer to start rebuilding in October 2024.

- *#8 and #10 covered in thick layer of semi-dried solids. #10 had plants growing directly on semi-dried solids and on the weir. Effluent of #10 was turbid.*
    - o Currently, No. 8 clarifier is being emptied to remove solids in preparation for the manufacturer to start rebuilding in October 2024. Clarifier No. 10 was last cleaned on July 17, 2024. All preventive maintenance will continue to be conducted monthly. Efforts are tracked within our Computerized Maintenance Management System, Maximo.

Tertiary Filtration

- *Sand filters #3, #9 and #13 require repairs to operate automatically.*
    - o Solenoid valves need to be replaced. Parts schedule to arrive by September 30, 2024, and repairs will be completed by a third-party contractor by October 25, 2024.

- *Sand filters #20, #21, and #22 offline for preventive maintenance.*
    - o Third party contractors are replacing the Main Isolation Valves for Filters Nos. 20, 21 and 22, with such repairs are scheduled to be completed by October 25, 2024.

- *Some solids present in the operating sand filters.*
    - o The sand filters have been backwashed by the plant operating staff to remove the solids present. Sand filters are backwashed daily. This information is tracked via the SCADA System.

Response to inspection report and status update regarding corrective actions
October 7, 2024
Page 6 of 7

<u>Disinfection</u>

- *Train #1 out of service for cleaning.*
    - UV Train No. 1 was return to service after performing Preventive Maintenance on August 9, 2024.
    - Facility is developing a PM program for cleaning the UV System. Efforts are tracked within our Computerized Maintenance Management System, Maximo.

<u>Overall Maintenance and Operation</u>

- *Bar Screen Room – broken spigot spraying water on floor.*
    - The broken spigot and water line in the Bar screen room were repaired on September 4, 2024.

- *Grit classifiers leaking water.*
    - The leaks were repaired on August 19, 2024.

- *Eyewash/shower station in chemical room ponds on the floor.*
    - Flow was redirected to a drain on September 3, 2024.

- *Potable water leaking at various part of the facility.*
    - Leaks were repaired *on* September 18, 2024

*I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.*

Please contact Deirdre Edwards ((470-919-2725) or dedwards@atlantaga.gov) if you have any questions regarding this submittal or if you need additional information.


Sincerely,

DocuSigned by:

*Al Wiggins, Jr.* (signature)
8A659B1E80AF4E6...

Al Wiggins, Jr.
Commissioner
Department of Watershed Management

Response to inspection report and status update regarding corrective actions
October 7, 2024
Page 7 of 7

cc:
    Alex Mohajer, Deputy Commissioner, DWM-OWP
    Quinton Fletcher, Deputy Commissioner, DWM-OWTR
    Deirdre Edwards, Watershed Director, Environmental Compliance, DWM-OWP
    Jairo Castillo, Chief, Wastewater Enforcement Section, US EPA
    Eddy Basilio, Environmental Compliance Specialist, WPB-GAEPD